# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MALCOLM J. CHESTER

NO. 2026 KW 0361

**JUNE 15, 2026**

---

In Re:   Malcolm J. Chester, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. CR-2000109.

---

**BEFORE:   WOLFE, HESTER, AND BALFOUR, JJ.**

**WRIT DENIED.** Relator failed to file a motion to quash the habitual offender bill of information and there is no indication that relator filed a motion to reconsider sentence after he was sentenced on September 15, 2025. Thus, any claims attacking the habitual offender adjudication are barred. La. R.S. 15:529.1(D)(1)(b); **State v. Thompson,** 2015-1983 (La. App. 1st Cir. 9/16/16), 202 So.3d 998, 1002. Moreover, relator failed to meet his burden of showing prosecutorial vindictiveness. **North Carolina v. Pearce,** 395 U.S. 711, 89 S.Ct. 2072, 23 L.Ed.2d 656 (1969); **State v. Rutledge,** 259 La. 543, 250 So.2d 734 (1971).

EW
CHH
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT